IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 2:21-cr- |
| Plaintiff, : | |
| : | Judge |
| v. : | |
| : | UNDER SEAL |
| IVAN OMAR LOMELI HERNANDEZ and : | |
| ADRIANA CAROLINA QUINTO CARDONE, : | |
| : | |
| Defendant. : | |

## MOTION TO SEAL

Now comes the United States of America, by and through its counsel, Assistant United States Attorney Kelly A. Norris, and respectfully requests that the Indictment, Arrest Warrants, this Motion and any resulting Order, and the entire case in the above-entitled cause be sealed because the United States has reason to believe that one or more persons may flee or that evidence may be destroyed if these individuals become aware of the existence of the Indictment and Arrest Warrants.

WHEREFORE, the United States respectfully requests that the Indictment, Arrest Warrants, this Motion and any resulting Order, and the entire case be sealed.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

s/Kelly A. Norris
KELLY A. NORRIS (0081254)
Assistant United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215
(614) 469-5715
Kelly.Norris@usdoj.gov