UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21 CR 61 |
| Plaintiff, | JUDGE Marbley |
| v. | INDICTMENT |
| IVAN OMAR LOMELI HERNANDEZ and ADRIANA CAROLINA QUINTO CARDONE, | 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A) |
| Defendants. | |

THE GRAND JURY CHARGES:

## COUNT ONE

### Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams or More of Fentanyl and One Kilogram or More of Heroin

From at least in or about the Fall 2020, up to and including in or about the Spring 2021, in the Southern District of Ohio and elsewhere, the defendants, **IVAN OMAR LOMELI HERNANDEZ** and **ADRIANA CAROLINA QUINTO CARDONE**, did combine, conspire, confederate, and agree with each other and others, both known and unknown to the Grand Jury, to knowingly, intentionally, and without authority, distribute and possess with intent to distribute four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and one kilogram or more of a mixture and

1

substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL

*s/ Foreperson*
GRAND JURY FOREPERSON


VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

KELLY A. NORRIS (0081254)
Assistant United States Attorney